# Exhbit A

## Pablo Fernandez

**From:** Reissman, Ralph J <RReissman@nassaucountyny.gov>
**Sent:** Tuesday, December 20, 2022 10:39 AM
**To:** Pablo Fernandez
**Cc:** Diane Murphy
**Subject:** RE: Kellner v. County of Nassau et al Motion for Contempt

Yes, I do intend to respond, thank you for reminding me.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

**From:** Pablo Fernandez <pfernandez@rfriedmanlaw.com>
**Sent:** Tuesday, December 20, 2022 10:23 AM
**To:** Reissman, Ralph J <RReissman@nassaucountyny.gov>
**Cc:** Diane Murphy <dmurphy@rfriedmanlaw.com>
**Subject:** Kellner v. County of Nassau et al Motion for Contempt

Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Ralph:

Please advise whether Defendants intend to respond to plaintiff's motion for contempt. By my calculation, defendants' response is overdue.

Regards,
Pablo

RF THE RUSSELL FRIEDMAN LAW GROUP, LLP

**Pablo A. Fernandez**
Senior Counsel

pfernandez@rfriedmanlaw.com
T 516-355-9628
F 516-355-9660

www.rfriedmanlawgroup.com
400 Garden City Plaza, Suite 500
Garden City, NY 11530

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/28/2022] [FileNumber=17399418-0
] [5b10cc8eb351c987ba69e2be14be46abac325badcd18934fefcddbbe9825d63a19d
2b07facbbfee88d0681e6ff1984ef5197517945148a74c3fa4a69c3a8e743]]