# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 6, 2023 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-21-3990 (AMD) |
| NAME OF CASE(S): | Kellner v. Nassau County et.al. |
| FOR PLAINTIFF(S): | Pablo Fernandez |
| FOR DEFENDANT(S): F | Ralph Reismann |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | FTR (10:48 AM - 11:16 AM) |

RULINGS FROM Motion Hearing :

Plaintiff's MOTION for Leave to File Under Seal [30] is granted.

Plaintiff's MOTION for Contempt [31] is denied.

Plaintiff's Letter MOTION to Continue/ Deem Plaintiff's Motions for Contempt and Leave to File Under Seal as Unopposed [34] is denied.

The above rulings are based on reasons stated on the record. Parties are instructed to continue the discovery process. Following discovery, the question of the adequacy of Defendant's post deprivation process may be decided on summary judgment. Defendant is advised due to the pending nature of the litigation not to destroy the firearms in question until a final decision is reached.