**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 6, 2026 |
| TIME: | 11:00 a.m. |
| DOCKET NUMBER(S): | 21cv3990-AMD-ST |
| NAME OF CASE(S): | Kellner v. County of Nassau et al |
| FOR PLAINTIFF(S): | Fernandez |
| FOR DEFENDANT(S): | Wooten |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM   Settlement Conference              :

Settlement discussions were held.  The parties need additional time to consider the Court's proposal.  Parties shall continue discussions and file a joint status report by August 3, 2026.