

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

August 3, 2026

<u>**VIA ECF ONLY**</u>
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.:     ***Kellner v. County of Nassau, et al.***
         2:21-cv-03990 (AMD)(ST)

Dear Judge Tiscione:

Horn Wright, LLP represents Plaintiff Leonard Kellner ("Plaintiff") in connection with the above-referenced matter. The parties write pursuant to the Court's Civil Minute Entry to provide a status on the parties' settlement discussions. *DE92*.

During the parties' settlement conference held on July 6, 2026, Your Honor had proposed a manner in which the parties could move forward with regard to Defendants' limitations on settlement authority. Plaintiff indicated he was willing to consider any reasonable offer. Since that date, Defendants have not communicated any offers, though Defendants communicated potential terms today. Counsel for Defendants indicates that he is still waiting for his client to provide him with authority. Regarding Plaintiff's long guns, Defendants additionally indicated that any offer would require a hearing before a neutral decisionmaker before the long guns would be returned. Defendants have now noticed a hearing "to determine whether to return" Plaintiff's long guns. The transfer of the pistols is a constituent element of the settlement offer pending approval.

In view of the above, Plaintiff requests that this matter proceed to trial and that a pretrial conference be scheduled. Defendants' counsel suggests a conference to discuss narrowing the issues in advance of trial, trial scheduling, and settlement offer status. The parties are available any week except for the week of August 24 through August 28. The parties filed their proposed joint pretrial order on July 24, 2026. *DE94*.

Thanking the Court for its time and consideration, I remain

**HORN WRIGHT, LLP**

By:     _____
        Pablo A. Fernandez

cc:     Paul J. Wooten, Esq. (Via ECF)